■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

Richard Singleton, Also Known as Richie Davidson, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Kuffner, J.), rendered January 13, 1988, convicting him of rape in the first degree and unlawful imprisonment in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

On appeal, the defendant contends that he was denied a fair trial when the complainant's hospital record was received into evidence. The hospital record contains a description of the events leading up to the rape. Although this description should have been redacted as improper bolstering (see, *Williams v Alexander,* 309 NY 283; *People v Jackson,* 124 AD2d 975), the error was harmless, in view of the overwhelming evidence of the defendant's guilt (see, *People v Johnson,* 57 NY2d 969, 970; *People v Crimmins,* 36 NY2d 230).

We have considered the contention raised by the defendant in his supplemental *pro se* brief and find it to be without merit. Thompson, J. P., Lawrence, Harwood and Balletta, JJ., concur.